IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ROGER LEE SHOFFSTALL,<br><br>     Defendant. | Case No. 4:09-cr-0023-RRB<br><br>**ORDER ACCEPTING AND<br>ADOPTING RECOMMENDATION<br>REGARDING PETITION TO REVOKE** |

Before the Court, at Docket 242, is a Final Report and Recommendation on Petition to Revoke Supervised Release in which the Magistrate Judge, after holding a hearing in this matter, finds probable cause to believe that Defendant did, in fact, violate his conditions of supervised release as to each of the six allegations made by the Probation Officer at Docket 207. The Defendant files his Objections to the Finding and Recommendation at Docket 244.

The Court has reviewed the aforesaid pleadings and has reviewed the matter in detail. Based thereon the Court hereby **ACCEPTS** and **ADOPTS** the Final Report and Recommendation and finds that Defendant did violate his conditions of supervised release as set forth the in Petition before the Court at **Docket 207.** A hearing has been set in this matter for January 30, 2014, at which the Court will consider disposition providing Defendant is ready to proceed at that time.

     **IT IS SO ORDERED** this 28th day of January, 2014.

                               S/RALPH R. BEISTLINE<br>                               UNITED STATES DISTRICT JUDGE