IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:09-cr-0023-RRB |
| vs. | |
| ROGER LEE SHOFFSTALL, | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |

Before the Court is Defendant with a Motion and Memorandum for Summary Judgment at **Dockets 236** and **237**, which is opposed by the Government at Docket 241. The Magistrate Judge has reviewed the merits of Defendant's claims and has submitted a Final Report and Recommendation at Docket 252 recommending that the motion be denied.

The Court has now independently reviewed the pleadings in this matter and finds Defendant's claims to be lacking in merit and frivolous on their face. The Court therefore **ACCEPTS** and **ADOPTS** the Final Report and Recommendation and, for the reasons set forth therein, hereby **DENIES** Defendant's Motion for Summary Judgment at **Docket 236.**

**IT IS SO ORDERED** this 25th day of February, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE